Reginald ASKEW, Plaintiff—Appellant,

v.

Doctor LIGHTSEY, Defendant—Appellee,

and

Marvin L. Polk;  V. McCullough;  Michael V. Norris;  D.J. Metiko, Doctor, Defendants.

No. 06–6509.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2006.

Decided: Nov. 9, 2006.

Reginald Askew, Appellant Pro Se. Elizabeth P. McCullough, Young, Moore & Henderson, PA, Raleigh, North Carolina, for Appellee.

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Reginald Askew appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See As-*

*kew v. Polk,* No. 5:05–ct–00022–H (E.D.N.C. Feb. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*